IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-cr-30086-SMY |
| | ) |
| GREGORY FOREST, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Pending before the Court is Defendant Gregory Forest's Motion Regarding Collection of Restitution Fees (Doc. 113). Forest requests that the Court hold the Missouri Department of Corrections collection of restitution under the Inmate Financial Responsibility Program ("IFRP") in abeyance.

The Attorney General, not the courts, is "responsible for collection of an unpaid fine or restitution imposed by a judgment, 18 U.S.C. § 3612(c), and he has delegated his authority to the Bureau of Prisons, 18 U.S.C. § 4042(a)(1), which created the IFRP to facilitate collection. This delegation is proper." *In re Buddhi*, 658 F.3d 740, 742 (7th Cir. 2011) (citation omitted). Moreover, "courts are not authorized to override the Bureau's discretion about such matters, any more than a judge could dictate particulars about a prisoner's meal schedule or recreation …" *Id.* (quoting *United States v. Sawyer*, 521 F.3d 792, 794 (7th Cir. 2008)). Thus, because the Court has no authority to hold Forest's IFRP payments in abeyance, his motion is **DENIED**.

IT IS SO ORDERED.

DATED: July 22, 2022

STACI M. YANDLE
United States District Judge